**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**James Dale PRESSNALL,**
**Defendant-Appellant.**

**No. 16-30242**

United States Court of Appeals,
Ninth Circuit.

Submitted August 16, 2017 *

Filed August 18, 2017

Michael Wayne Mitchell, Assistant U.S. Attorney, Office of the U.S. Attorney, U.S. Courthouse, Coeur d'Alene, ID, for Plaintiff-Appellee

James Dale Pressnall, Pro Se

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: HUG, FARRIS, and CANBY, Circuit Judges.

### MEMORANDUM **

James Dale Presnall appeals from the district court's judgment and challenges his guilty-plea conviction and 63-month sentence for possession of sexually explicit images of minors, in violation of 18 U.S.C. §§ 2252(a)(4)(B). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Pressnall's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Pressnall the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Pressnall has waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.